IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
MAR 23 2016
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:15CR330 |
| vs. | INFORMATION |
| ANDREW C. SOVERNS, | 18 U.S.C. § 2252A(a)(2) |
| Defendant. | |

The United States Attorney charges:

## COUNT I

From on or about February 16, 2015, and continuing until August 19, 2015, in the District of Nebraska, ANDREW C. SOVERNS, the defendant herein, did knowingly receive and attempted to receive, any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been mailed, and using any means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and any material that contains child pornography that has been mailed, and using any means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)( 2).

UNITED STATES OF AMERICA,
Plaintiff

DEBORAH R. GILG
United States Attorney
District of Nebraska

MICHAEL P. NORRIS
Assistant U.S. Attorney

1

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

/s/ Michael P. Norris
MICHAEL P. NORRIS
Assistant U.S. Attorney