IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW SOVERNS <br><br> Defendant. | **8:15CR330** <br><br> **ORDER** |

This matter is before the court on the defendant's unopposed motion to extend the self-surrender date (Filing No. 21). After considering the matter, the court will grant the motion.

IT IS ORDERED that the defendant's motion, Filing No. 21, is granted, and the defendant's self-surrender date is continued to **on or before August 16, 2016.**

Dated this 1st day of August, 2016.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge