IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:15CR330 |
| vs. | |
| ANDREW C. SOVERNS, | ORDER |
| Defendant. | |

This matter is before the court on defendant's Freedom of Information Act request for "a printed copy of the warrant used to install investigative software to the defendant's computer" in this case, Filing No. 24.

The Freedom of Information Act, 5 U.S.C. § 552, is applicable to agencies, defined as "each authority of the Government of the United States . . . but does not include--(A) the Congress; (B) the courts of the United States . . ." 5 U.S.C. § 551. In American jurisprudence, the public can generally access court documents. *Nixon v. Warner Comm. Inc.*, 435 U.S. 589, 597 (1978).

The requested document is not filed in this case. Accordingly, the motion will be denied.

It IS ORDERED that the defendant's request for documents (Filing No. 24) is denied.

Dated this 11th day of September, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge