IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:15CR330 |
| vs. | ORDER |
| ANDREW C. SOVERNS, | |
| Defendant. | |

This matter is before the Court on defendant's request for modification of supervised release. Filing No. 26. The Court finds this request is premature. Once the defendant is on supervised release and an exceptional circumstance arises, the Court will address the need to modify the defendant's conditions of supervised release at that time. See *United States v. Henkel*, 358 F.3d 1013, 1015 (8th Cir. 2004) (suggesting no case or controversy exists to challenge of conditions of supervised release when defendant is still incarcerated).

THEREFORE, IT IS ORDERED THAT defendant's request for modification, Filing No. 26, is denied.

Dated this 13th day of September, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge