IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW C. SOVERNS,<br><br>Defendant. | 8:15CR330<br><br>ORDER |

This matter is before the Court on defendant's motion for reconsideration, Filing No. 29. Defendant asks the Court to reconsider its order denying defendant's request to modify the conditions of supervised release. Filing No. 28. The Court has carefully reviewed its previous order as well as defendant's motion for reconsideration. The Court finds the motion is without merit and will deny the same.

THEREFORE, IT IS ORDERED THAT defendant's motion for reconsideration, Filing No. 29, is denied.

Dated this 24th day of September, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge